RECEIVED MAIL ROOM
FEB 4 2008
U.S. DISTRICT COURT
E. DIST OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 04 2008
JAMES W. McCORMACK, CLERK
By:

In The United States District Court
Eastern District of Arkansas
Western Division

ODELL BURNELL #128641        Plaintiff

Vs.     Case# 4:08CV00028HDY

Columbia County, Sheriff Calven Knight,
Sargent Willis Roberson and Lt Janet Delaney     Defendants

## Amended Complaint

    Comes the Plaintiff, Odell Burnell, proceeding Pro-se, out of necessity, presenting an Amended Complaint per order of Judge H. David Young.

    On or about October 14, 2007 approximately 11:00 a.m. I was working in the Kitchen of the Columbia County Jail, as a trustee, preparing the next meal when, because of the lack of proper pot holders to lift hot pans with, A pot of boiling chicken fell on my left foot. Since the jail had taken real shoes away from all kitchen workers and forced us to wear only shower shoes you can imagine the damage to my foot. Sgt. Roberson, the shift manager, was immediately advised and inturn he called Lt. Delaney, Trustee Supervisor, and advised her. Lt. Delaney told Sgt. Roberson not to take me to the hospital, where I belonged, but to insted call the jail nurse to come in and see me.

    At that time I was helped to my barraks where

I had to stay, in sever pain, untill the nurse arrived some (2) two hours later. Upon her arrival she instructed me to rinse my foot with cool water so she could look at it. When she looked at it she said even though she thought I needed to see a Doctor she had been advised to just "fix me up". So she put some selve on my foot and placed a bandge on it. She told the jailers I could have Tylonel (3) three times a day for pain. Even though I constantly asked for something for the pain Tylonal was all I was allowed

The next day she came back to re-dress my burns and when she unrapped my foot she noticed how swollen and blistered it was. She told me to wait where I was and she would be right back. After talking to Lt. Delaney she came back and advised she felt I <u>needed</u> to see a Doctor but she had been told not to send me to one. She was told just to re-wrap my foot and do the best she could.

Over the next week I complained, several times, about my high level of pain and was told that I could only get Tylonal, <u>Nothing else.</u>

The nurse continued to re-wrap my foot for that week and continued to tell me she thought I needed to see the Doctor but "They" would not <u>allow it.</u>

About a week after my foot being burned I was shipped to the A.D.C. where the medical staff said they could not believe I was not sent to a Doctor for such a bad burn. And where I continue to recieve treatment for this sever burn.

So comes the Plaintiff, Odell Burnell, asking the court to grant him relief in the amount of $250,000 00/100 (Two Hundred Fifty Thousand Dollars and No/100) for Actual damages and sever scaring of his foot and for the pain and suffering caused by the Defendants' lack of proper working Atire and the lack of saftey equipment. Also the Defendant's indifferance to the Pain and Suffering the Plaintiff was forced to indure because the Shift Sargent would not take the responsability to get the proper medical care I needed, And the Lt. in charge of the trustees was indifferent to Plaintiff's Pain because of policy in place by Sheriff Knight, and columbia county, instructing personal not to send inmates to Doctor if they can get away without it.

    Plaintiff also prays upon the Court to understand that allthough the proper Spelling of names of Defendents may be incorrect their position and title at the Columbia County Jail are correct.

                           Respectfully Submitted,

                  Odell Burnell #128641
                  E.A.R.U. BKS #18-20
                  P.O. Box 180
                  Brickeys, Ar 72320