IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ODELL BURNELL                                                                                          PLAINTIFF

V.                                         CASE NO. 08-CV-1022

COLUMBIA COUNTY;
CALVIN KNIGHT, Sheriff,
Columbia County; JANET
DELANEY, Supervisor, Columbia
County Detention Center; and
WILLIS ROBERSON, Supervisor,
Columbia County Detention Center                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 12, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 36). Judge Bryant recommends that the Court dismiss this case without prejudice based on Plaintiff's failure to prosecute this action and his failure to keep the Court and opposing counsel informed of his current address.  *See* Fed. R. Civ. P. 41(b); Rule 5.5(c) of the Local Rules for the Eastern and Western Districts of Arkansas.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of June, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge